| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>DAVID B. GOLUCHIK (SBN 185520)<br>ROBERT M. CARRASCO (SBN 334642)<br>LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.<br>2818 La Cienega Avenue<br>Los Angeles, California 90034<br>Telephone: (310) 229-1234;<br>Facsimile: (310) 229-1244<br>Email: DBG@LNBYG.COM; RMC@LNBYG.COM<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Debtors | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>Bright Care Veterinary Hospital, Inc.,<br>_____<br><br>In re:<br><br>Bright Care Veterinary Group, Inc<br>_____<br><br>X Affects both Debtors<br><br>Debtor(s). | CASE NO.: 8:25-bk-10900<br>CHAPTER: 11<br><br>**STATEMENT REGARDING<br>CASH COLLATERAL OR<br>DEBTOR IN POSSESSION FINANCING<br>[FRBP 4001; LBR 4001-2]**<br><br>DATE:<br>TIME:<br>COURTROOM:<br>ADDRESS: |
|---|---|

Secured party(ies): Live Oak Banking Company, Bank of America, MCA Lenders on page 9 of Cash Collateral Motion.

The Debtor has requested the approval of either (1) a motion for use of cash collateral, or postpetition financing, or both, or (2) through a separately-filed motion, a stipulation providing for the use of cash collateral, or postpetition financing, or both. The proposed form of order on the motion or the stipulation contains the following provisions or findings of fact:

| Disclosures Tracking FRBP 4001(c)(1)(B)(i) through (xi) and (d)(1)(B) | Page No.: | Line No. (if applicable) |
|---|---|---|
| ☐ (i): "[A] grant of priority or a lien on property of the estate under § 364(c) or (d)" | | |
| ☒ (ii): "[T]he providing of adequate protection or priority for a claim that arose before the commencement of the case, including the granting of a lien on property of the estate to secure the claim, or the use of property of the estate or credit obtained under § 364 to make cash payments on account of the claim"<br>☐ Cross-collateralization, *i.e.*, clauses that secure prepetition debt by postpetition assets in which the secured party would not otherwise have a security interest by virtue of its prepetition security agreement or applicable law<br>☐ Roll-up, *i.e.*, provisions deeming prepetition debt to be postpetition debt or using postpetition loans from a prepetition secured party to pay part or all of that secured party's prepetition debt, other than as provided in § 552(b) | 3 | 1 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*      Page 1      **F 4001-2.STMT.FINANCE**

| | | | |
|---|---|---|---|
| | *Continued from page 1*<br>☐    Grant a replacement lien in an amount in excess of the dollar amount of the lien on cash collateral as of the petition date | | |
| ☐ | (iii): "[A] determination of the validity, enforceability, priority, or amount of a claim that arose before the commencement of the case, or of any lien securing the claim" | | |
| ☐ | (iv): "[A] waiver or modification of Code provisions or applicable rules relating to the automatic stay"<br>☐    Automatic relief from the automatic stay upon occurrence of certain events. | | |
| ☐ | (v): "[A] waiver or modification of any entity's authority or right to file a plan, seek an extension of time in which the debtor has the exclusive right to file a plan, request the use of cash collateral under § 363(c), or request authority to obtain credit under § 364" | | |
| ☐ | (vi): "[T]he establishment of deadlines for filing a plan of reorganization, for approval of a disclosure statement, for a hearing on confirmation, or for entry of a confirmation order" | | |
| ☐ | (vii): "[A] waiver or modification of the applicability of nonbankruptcy law relating to the perfection of a lien on property of the estate, or on the foreclosure or other enforcement of the lien" | | |
| ☐ | (viii): "[A] release, waiver, or limitation on any claim or other cause of action belonging to the estate or the trustee, including any modification of the statute of limitations or other deadline to commence an action" | | |
| ☐ | (ix): "[T]he indemnification of any entity" | | |
| ☐ | (x): "[A] release, waiver, or limitation of any right under § 506(c)"<br>☐    The granting of any lien on any claim or cause of action arising under § 506(c) | | |
| ☐ | (xi): "The granting of any lien on any claim or cause of action arising under §§ 544, 545, 547, 548, 549, 553(b), 723(a), or 724(a)" | | |
| | **Additional Disclosures Required by LBR 4001-2** | **Page No.:** | **Line No. (if applicable)** |
| ☐ | With respect to a professional fee carve out, disparate treatment for professionals retained by a creditors' committee from that provided for the professionals retained by the debtor | | |
| ☐ | Pay down prepetition principal owed to a creditor | | |
| ☐ | Findings of fact on matters extraneous to the approval process | | |

| | | |
|---|---|---|
| 04/08/2025 | Robert M. Carrasco | /s/ Robert M. Carrasco |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                                        Page 2                                        **F 4001-2.STMT.FINANCE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034.

A true and correct copy of the foregoing document entitled: **Statement Regarding Cash Collateral Or Debtor In Possession Financing [Frbp 4001; Lbr 4001-2]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 8, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- David B Golubchik    dbg@lnbyg.com, dbg@lnbyg.com
- Kenneth Misken    Kenneth.M.Misken@usdoj.gov
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL**: On **April 8, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

None.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **April 8, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY**
Honorable Scott C. Clarkson
USBC Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

**VIA OVERNMIGHT MAIL**
☒ Service list attached

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 8, 2025 | Rebecka Merritt | /s/ Rebecka Merritt |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                    **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-8<br>Case 8:25-bk-10900-SC<br>Central District of California<br>Santa Ana<br>Tue Apr  8 17:35:51 PDT 2025 | Bright Care Veterinary Hospital, Inc<br>1400 N Burton Dr.<br>Anaheim, CA 92806-1204 | Santa Ana Division<br>411 West Fourth Street, Suite 2030,<br>Santa Ana, CA 92701-4500 |
| AFA<br>700 Canal St, 1st Floor<br>Stamford, CT 06902-5921 | Anaheim Utilities<br>201 S Anaheim Blvd #107<br>Anaheim, CA 92805-3858 | Anthem<br>21215 Burbank Blvd Suite: 100<br>Woodland Hills, CA 91367-7091 |
| Atlantis Worldwide LLC<br>60 EAST 42ND STREET<br>Ste 4600<br>New York, NY 10165-0022 | BANK OF AMERICA, N.A.<br>One Independence Center -NC1-001-05<br>101 N Tryon St.<br>Charlotte, NC 28246-0100 | CC Representative<br>330 N Brand Blvd<br>Suite 700<br>Glendale, CA 91203-2336 |
| CT Corporation System<br>As Representative<br>330 N Brand Blvd<br>Glendale, CA 91203-2308 | CT Corporation System<br>as Representative<br>330 N. Brand Blvd. Ste. 700<br>Glendale, CA 91203-2336 | CT Corporation System<br>asRepresentative, 330 N. Brand Blvd<br>Glendale, CA 91203-2308 |
| California Dept. of Tax and<br>Fee Administration<br>PO Box 942879<br>Sacramento, CA 94279-0001 | Core Funding Source LLC<br>49 Front St, Suite 6<br>Rockville Centre, NY 11570-4044 | Corporation Service Company<br>As Representative, P.O. Box 2576<br>Springfield, IL 62708-2576 |
| Cox<br>Box 53249<br>Phoenix, AZ 85072-3249 | Creekridge Capital<br>7808 Creekridge Circle<br>Suite 250<br>Minneapolis, MN 55439-2647 | DLP FUNDING, LLC<br>101 LAKE SHORE DR<br>Monticello, NY 12701-4006 |
| Daytona Funding Solutions Corp<br>266 Broadway STE 401<br>Brooklyn, NY 11211-6306 | Dependance Platinum FL LLC<br>633 167th St<br>Miami, FL 33162-2442 | Employment Development Department<br>722 Capitol Mall<br>Sacramento, CA 95814-4703 |
| Employment Development Department<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | Envision Capital Group LLC<br>29982 Ivy Glenn Dr Fl 1<br>Laguna Niguel, CA 92677-2097 | EverBank<br>10 Waterview Blvd, 2nd floor<br>Parsippany, NJ 07054-1286 |
| Everbank, N.A.<br>10 Waterview Blvd,<br>Parsippany, NJ 07054-1286 | Family Funding Group LLC<br>1021 H St,<br>Brooklyn, NY 11219 | (p)FIRST INSURANCE FUNDING<br>450 SKOKIE BLVD SUITE 1000<br>NORTHBROOK IL 60062-7917 |
| Fora Financial<br>1385 Broadway, 15th Floor<br>New York, NY 10018-6015 | Funding Futures LLC<br>100 MERRICK RD SUITE 419E<br>Rockville Centre, NY 11570-4800 | Human Interest<br>2675 W 600 N, Suite 200<br>Lindon, UT 84042-1262 |

| | | |
|---|---|---|
| IFPS Corporation<br>3 Hutton Centre Drive<br>Ste 630<br>Santa Ana, CA 92707-8747 | Internal Revenue<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 | JRG Funding LLC<br>180 Maiden Lane<br>New York, NY 10038-4925 |
| Johnson & Johnson Finance<br>Corporation<br>501 George Street<br>New Brunswick, NJ 08901-1161 | Launch Funding Group LLC<br>1250 E Hallandale Beach Blvd.<br>STE 505<br>Hallandale, FL 33009-4635 | Legacy Capital 26, LLC<br>290 Harbor Dr<br>Stamford, CT 06902-8700 |
| Live Oak Banking Company<br>1741 Tiburon Drive<br>Wilmington, NC 28403-6244 | MNY Capital<br>244 Madison Ave, Suite 1035<br>New York, NY 10016-2817 | MWI<br>3041 W. Pasadena Dr.<br>Boise, ID 83705-4776 |
| Midwest Veterinary Supply<br>21467 Holyoke Ave<br>Lakeville, MN 55044-7303 | NewLane Finance<br>123 S. Broad St, 17th Floor<br>Philadelphia, PA 19109-1032 | Only Cremations and Aquamation<br>4263 Birch Street<br>Newport Beach, CA 92660-1908 |
| Patterson Veterinary<br>PO BOX 1418<br>Loveland, CO 80539-1418 | Roseen Builders<br>24 Hammond<br>Irvine, CA 92618-1680 | Slate Funding<br>15 America Ave Suite 303<br>Lakewood, NJ 08701-4582 |
| Spring Funding<br>200 Centra Ave<br>Farmingdale, NJ 07727-3788 | Stage Funding<br>2360 Lakewood Rd<br>Toms River, NJ 08755-1929 | State of California Franchise Tax<br>Board<br>PO Box 942857<br>Sacramento, CA 94257-0001 |
| TIAA, FSB<br>10 Waterview Blvd.,<br>Parsippany, NJ 07054-1286 | Thoro Corp<br>800 SE 4th Ave<br>Hallandale, FL 33009-6473 | Thoro Corp<br>800 SE 4th Ave<br>Suite 601<br>Hallandale Beach, FL 33009-6494 |
| (p)U S  SMALL BUSINESS ADMINISTRATION<br>312 N SPRING ST 5TH FLOOR<br>LOS ANGELES CA 90012-4701 | U.S. Trustee - Santa Ana<br>411 West Fourth Street<br>Suite 9041<br>Santa Ana, CA 92701-8000 | United States Trustee (SA)<br>411 W Fourth St., Suite 7160<br>Santa Ana, CA 92701-4500 |
| VState Filings<br>as the Representative<br>301 Mill Rd, STE U-5<br>Hewlett, NY 11557-1232 | Veterinary Internal Medicine &<br>Imaging Inc.<br>2010 Clark Ln, Unit B<br>Redondo Beach, CA 90278-4206 | (p)BENEFICIAL BANK<br>ATTN BANKRUPTCY<br>1818 MARKET STREET<br>8TH FLR<br>PHILADELPHIA PA 19103-3610 |
| Wilmington Savings Fund Society FSB<br>1818 Market Street<br>Philadelphia, PA 19103-3638 | David B Golubchik<br>Levene, Neale, Bender, Yoo & Golubchik L<br>2818 La Cienega Avenue<br>Los Angeles, CA 90034-2618 | Robert Carrasco<br>Levene, Neale, Bender, Yoo & Golubchik L<br>2818 La Cienega Avenue<br>Los Angeles, CA 90034-2618 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| First Insurance Funding<br>450 Skokie Blvd<br>Ste 1000<br>Northbrook, IL 60062 | U.S. Small Business Administration<br>Office of General Counsel<br>312 North Spring Street, 5th Floor<br>Los Angeles, CA 90012 | WSFS Bank<br>1818 Market Street<br>Philadelphia, PA 19103 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)Corporation Service Company<br>As Representative, PO Box 2576<br>Springfield, IL 62708-2576 | End of Label Matrix<br>Mailable recipients    59<br>Bypassed recipients     1<br>Total                  60 |

```
Label Matrix for local noticing          Bright Care Veteriniary Group, Inc.    Santa Ana Division
0973-8                                   26012 Marguerite Pkwy, Suite O         411 West Fourth Street, Suite 2030,
Case 8:25-bk-10902-SC                    Mission Viejo, CA 92692-3263           Santa Ana, CA 92701-4500
Central District of California
Santa Ana
Tue Apr  8 17:37:37 PDT 2025

AFA                                      Anthem                                 Atlantis Worldwide LLC
700 Canal St, 1st Floor                  21215 Burbank Blvd Suite: 100          60 EAST 42ND STREET
Stamford, CT 06902-5921                  Woodland Hills, CA 91367-7091          Ste 4600
                                                                                New York, NY 10165-0022


Bank of America, N.A.                    CC Representative                      CT Corporation System
One Independence Center -NC1-001-05      330 N Brand Blvd                       As Representative
101 N Tryon St.                          Suite 700                              330 N Brand Blvd
Charlotte, NC 28246-0100                 Glendale, CA 91203-2336                Glendale, CA 91203-2308


CT Corporation System                    CT Corporation System                  California Dept. of Tax and
as Representative                        asRepresentative, 330 N. Brand Blvd    Fee Administration
330 N. Brand Blvd. Ste. 700              Glendale, CA 91203-2308                PO Box 942879
Glendale, CA 91203-2336                                                         Sacramento, CA 94279-0001


Core Funding Source LLC                  Corporation Service Company            Cox
49 Front St, Suite 6                     As Representative, P.O. Box 2576       Box 53249
Rockville Centre, NY 11570-4044          Springfield, IL 62708-2576             Phoenix, AZ 85072-3249


Creekridge Capital                       DLP FUNDING, LLC                       Daytona Funding Solutions Corp
7808 Creekridge Circle                   101 LAKE SHORE DR                      266 Broadway STE 401
Suite 250                                Monticello, NY 12701-4006              Brooklyn, NY 11211-6306
Minneapolis, MN 55439-2647


Dependance Platinum FL LLC               Employment Development Department      Employment Development Dept.
633 167th St                             Bankruptcy Group MIC 92E               P.O. Box 826880
Miami, FL 33162-2442                     P.O. Box 826880                        Sacramento, CA 94280-0001
                                         Sacramento, CA 94280-0001


Envision Capital Group LLC               EverBank                               Everbank, N.A.
29982 Ivy Glenn Dr Fl 1                  10 Waterview Blvd, 2nd floor           10 Waterview Blvd,
Laguna Niguel, CA 92677-2097             Parsippany, NJ 07054-1286              Parsippany, NJ 07054-1286


Family Funding Group LLC                 (p)FIRST INSURANCE FUNDING             Fora Financial
1021 H St,                               450 SKOKIE BLVD SUITE 1000             1385 Broadway, 15th Floor
Brooklyn, NY 11219                       NORTHBROOK IL 60062-7917               New York, NY 10018-6015


Funding Futures LLC                      Human Interest                         IFPS Corporation
100 MERRICK RD SUITE 419E                2675 W 600 N, Suite 200                3 Hutton Centre Drive
Rockville Centre, NY 11570-4800          Lindon, UT 84042-1262                  Ste 630
                                                                                Santa Ana, CA 92707-8747
```

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

JRG Funding LLC
180 Maiden Lane
New York, NY 10038-4925

Launch Funding Group LLC
1250 E Hallandale Beach Blvd.
STE 505
Hallandale, FL 33009-4635

Legacy Capital 26, LLC
290 Harbor Dr
Stamford, CT 06902-8700

Live Oak Banking Company
1741 Tiburon Drive
Wilmington, NC 28403-6244

MNY Capital
244 Madison Ave, Suite 1035
New York, NY 10016-2817

MWI
3041 W. Pasadena Dr.
Boise, ID 83705-4776

Midwest Veterinary Supply
21467 Holyoke Ave
Lakeville, MN 55044-7303

NewLane Finance
123 S. Broad St, 17th floor
Philadelphia, PA 19109-1032

Only Cremations and Aquamation
4263 Birch Street
Newport Beach, CA 92660-1908

Orange County Tax Collector
Bankruptcy Unit
P.O. Box 1438
Santa Ana, CA 92702-1438

Patterson Veterinary
PO BOX 1418
Loveland, CO 80539-1418

(p)SDG&E
PO BOX 25111
SANTA ANA CA 92799-5111

Slate Funding
15 America Ave Suite 303
Lakewood, NJ 08701-4582

Spring Funding
200 Centra Ave
Farmingdale, NJ 07727-3788

Stage Funding
2360 Lakewood Rd
Toms River, NJ 08755-1929

State of California Franchise Tax
Board
PO Box 942857
Sacramento, CA 94257-0001

Steven Zakharyayev, PLLC
10 W 37th St, RM 602
New York, NY 10018-7473

TIAA, FSB
10 Waterview Blvd.,
Parsippany, NJ 07054-1286

Thoro Corp
800 SE 4th Ave
Hallandale, FL 33009-6473

Thoro Corp
800 SE 4th Ave
Suite 601
Hallandale Beach, FL 33009-6494

(p)U S SMALL BUSINESS ADMINISTRATION
312 N SPRING ST 5TH FLOOR
LOS ANGELES CA 90012-4701

U.S. Trustee - Santa Ana
411 West Fourth Street
Suite 9041
Santa Ana, CA 92701-8000

United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4500

VState Filings
as the Representative
301 Mill Rd, STE U-5
Hewlett, NY 11557-1232

(p)BENEFICIAL BANK
ATTN BANKRUPTCY
1818 MARKET STREET
8TH FLR
PHILADELPHIA PA 19103-3610

David B Golubchik
Levene, Neale, Bender, Yoo & Golubchik L
2818 La Cienega Avenue
Los Angeles, CA 90034-2618

Robert Carrasco
Levene, Neale, Bender, Yoo & Golubchik L
2818 La Cienega Avenue
Los Angeles, CA 90034-2618

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| First Insurance Funding<br>450 Skokie Blvd<br>Ste 1000<br>Northbrook, IL 60062 | San Diego Gas and Electric<br>P.O. Box 25111<br>Santa Ana, CA 92799 | U.S. Small Business Administration<br>Office of General Counsel<br>312 North Spring Street, 5th Floor<br>Los Angeles, CA 90012 |
| WSFS Bank<br>1818 Market Street<br>Philadelphia, PA 19103 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Corporation Service Company
As Representative, PO Box 2576
Springfield, IL 62708-2576

End of Label Matrix
Mailable recipients    57
Bypassed recipients     1
Total                  58