| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| DAVID B. GOLUBCHIK (SBN 185520)<br>ROBERT M. CARRASCO (SBN 334642)<br>LEVENE, NEALE, BENDER,<br>YOO & GOLUBCHIK L.L.P.<br>2818 La Cienega Avenue<br>Los Angeles, California 90034<br>Telephone:  (310) 229-1234;<br>Facsimile:  (310) 229-1244<br>Email: DBG@LNBYG.COM; RMC@LNBYG.COM<br><br>☐ *Individual appearing without attorney*<br>☒ *Proposed Counsel for Chapter 11 Debtors and Debtors In Possession* | **FILED & ENTERED**<br><br>APR 09 2025<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY bolte    DEPUTY CLERK |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -  SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>Bright Care Veterinary Hospital, Inc.,<br><br>         Debtor and Debtor in  Possession.<br><br>In re:<br><br>Bright Care Veterinary Group, Inc.<br><br>         Debtor and Debtor in Possession.<br><br>☒   Affects both Debtors<br><br>☐   Affects Bright Care Veterinary Hospital, Inc. only<br><br>☐   Affects Bright Care Veterinary Group, Inc. only<br><br><br><br><br>                                                                                                        Debtor(s) | Chapter 11 Cases<br><br>Lead Case No.: 8:25-bk-10900<br><br>Jointly administered with:<br>8:25-bk-10902<br>(Bright Care Veterinary Group, Inc.)<br><br><br><br><br><br><br><br>**ORDER  ☒ GRANTING  ☐ DENYING MOTION TO APPROVE JOINT ADMINISTRATION OF CASES**<br><br>**[LBR 1015-1, 9013-1(q)]**<br><br>[No Hearing Required] |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court, Central District of California.

On <u>April 8, 2025</u>, a motion was filed requesting approval of joint administration of cases identified in the caption above.

Having reviewed the motion, IT IS ORDERED THAT:

1. The motion is: ☒ Granted   ☐ Denied

2. Promptly upon entry of an order granting a motion to approve joint administration:

    a) Using the mandatory court form, the movant must file a Notice of Joint Administration of Cases and Requirements for Filing Documents (Notice).

    b) To facilitate service of the Notice by NEF to registered CM/ECF users, the Notice must be filed in each case being jointly administered.

    c) The Notice must be served via United States mail on all creditors and interest holders in each case being jointly administered.

    d) To facilitate notice of documents sent by the court via the Bankruptcy Noticing Center, the movant must file in the lead case an amended master mailing list that contains the name and mailing address of all creditors and interest holders from each case being jointly administered.

3. Other: [None.]

### # # #

Date: April 9, 2025

Scott C. Clarkson
United States Bankruptcy Judge

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court, Central District of California.

*December 2014*    Page 2    **F 1015-1.1.ORDER.JOINT.ADMINISTRATION**