| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michele S. Assayag (SBN: 109540)<br>Nicholas S. Couchot (SBN: 331971)<br>SNELL & WILMER L.L.P.<br>600 Anton Blvd., Suite 1400<br>Costa Mesa, CA 92626<br>Telephone: (714) 427-7000<br>Facsimile: (714) 427-7799<br>Email: massayag@swlaw.com<br>ncouchot@swlaw.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Bank of America, N.A. | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br>Bright Care Veterinary Hospital, Inc.,<br>                                          Debtor.<br>-----------------------------------<br>In re:<br>Bright Care Veterinary Group, Inc.,<br>                                          Debtor.<br>-----------------------------------<br>Affects Bright Care Veterinary Group, Inc., only<br><br>                                          Debtor(s). | CASE NO.: 8:25-bk-10900; 8:25-bk-10902<br>CHAPTER: 11<br><br>**STATEMENT REGARDING CASH COLLATERAL OR DEBTOR IN POSSESSION FINANCING**<br>**[FRBP 4001; LBR 4001-2]**<br><br>DATE: 05/06/2025<br>TIME: 1:30 PM<br>COURTROOM: 5C<br>ADDRESS: 411 West Fourth Street<br>Santa Ana, CA 92701 |

Secured party(ies): Bank of America, N.A.

The Debtor has requested the approval of either (1) a motion for use of cash collateral, or postpetition financing, or both, or (2) through a separately-filed motion, a stipulation providing for the use of cash collateral, or postpetition financing, or both. The proposed form of order on the motion or the stipulation contains the following provisions or findings of fact:

| | Disclosures Tracking FRBP 4001(c)(1)(B)(i) through (xi) and (d)(1)(B) | Page No.: | Line No. (if applicable) |
|---|---|---|---|
| ☒ | (i): "[A] grant of priority or a lien on property of the estate under § 364(c) or (d)" | 8 | 13 |
| ☒ | (ii): "[T]he providing of adequate protection or priority for a claim that arose before the commencement of the case, including the granting of a lien on property of the estate to secure the claim, or the use of property of the estate or credit obtained under § 364 to make cash payments on account of the claim" | 5 | 4 |
| | ☐ Cross-collateralization, *i.e.*, clauses that secure prepetition debt by postpetition assets in which the secured party would not otherwise have a security interest by virtue of its prepetition security agreement or applicable law | | |
| | ☐ Roll-up, *i.e.*, provisions deeming prepetition debt to be postpetition debt or using postpetition loans from a prepetition secured party to pay part or all of that secured party's prepetition debt, other than as provided in § 552(b) | | |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                     Page 1                                        **F 4001-2.STMT.FINANCE**

| | | | |
|---|---|---|---|
| *Continued from page 1*<br>☒   Grant a replacement lien in an amount in excess of the dollar amount of the lien on cash collateral as of the petition date | | 7 | 18 |
| ☐   (iii): "[A] determination of the validity, enforceability, priority, or amount of a claim that arose before the commencement of the case, or of any lien securing the claim" | | | |
| ☒   (iv): "[A] waiver or modification of Code provisions or applicable rules relating to the automatic stay"<br>☒   Automatic relief from the automatic stay upon occurrence of certain events. | | 12<br><br>10 | 1<br><br>13 |
| ☐   (v): "[A] waiver or modification of any entity's authority or right to file a plan, seek an extension of time in which the debtor has the exclusive right to file a plan, request the use of cash collateral under § 363(c), or request authority to obtain credit under § 364" | | | |
| ☐   (vi): "[T]he establishment of deadlines for filing a plan of reorganization, for approval of a disclosure statement, for a hearing on confirmation, or for entry of a confirmation order" | | | |
| ☐   (vii): "[A] waiver or modification of the applicability of nonbankruptcy law relating to the perfection of a lien on property of the estate, or on the foreclosure or other enforcement of the lien" | | | |
| ☐   (viii): "[A] release, waiver, or limitation on any claim or other cause of action belonging to the estate or the trustee, including any modification of the statute of limitations or other deadline to commence an action" | | | |
| ☐   (ix): "[T]he indemnification of any entity" | | | |
| ☐   (x): "[A] release, waiver, or limitation of any right under § 506(c)"<br>    ☐   The granting of any lien on any claim or cause of action arising under § 506(c) | | | |
| ☐   (xi): "The granting of any lien on any claim or cause of action arising under §§ 544, 545, 547, 548, 549, 553(b), 723(a), or 724(a)" | | | |
| **Additional Disclosures Required by LBR 4001-2** | | **Page No.:** | **Line No.**<br>**(if applicable)** |
| ☐   With respect to a professional fee carve out, disparate treatment for professionals retained by a creditors' committee from that provided for the professionals retained by the debtor | | | |
| ☐   Pay down prepetition principal owed to a creditor | | | |
| ☐   Findings of fact on matters extraneous to the approval process | | | |

| | | |
|---|---|---|
| 04/29/2025 | Michele S. Assayag | /s/ Michele S. Assayag |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015    Page 2    F 4001-2.STMT.FINANCE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
600 Anton Blvd., Suite 1400, Costa Mesa, CA 92626

A true and correct copy of the foregoing document entitled: **STATEMENTREGARDING CASH COLLATERAL OR DEBTOR IN POSSESSION FINANCING [FRBP 4001; LBR 4001-2]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 04/29/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
 Robert Carrasco rmc@lnbyg.com, rmc@lnbyg.com; David B Golubchik dbg@lnbyg.com, dbg@lnbyg.com; Bernard J Kornberg bernie.kornberg@millernash.com, elw@severson.com; Kenneth Misken Kenneth.M.Misken@usdoj.gov; United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov; Dylan J Yamamoto dylan@echoparklegal.com; Michele S Assayag massayag@swlaw.com, kroger@swlaw.com; LESLIE A BOWER leslie@labowerlaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 04/29/2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Bright Care Veterinary Hospital, Inc., 1400 N Burton Dr., Anaheim, CA 92806
Leslie A. Bower, Bower & Associates, 15 Enterprise Ste 250, PO Box 11748, Newport Beach, CA 92658
Bright Care Veterinary Group, Inc., 26012 Marguerite Pkwy, Ste O, Mission Viejo, CA 92692
U.S. Bankruptcy Court, Ronald Reagan Federal Building, 411 West Fourth Street, Suite 5130, Santa Ana, CA 92701-4593

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 04/29/2025 | Kevin Roger | /s/Kevin Roger |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015* — Page 3 — **F 4001-2.STMT.FINANCE**