<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name    **Bright Care Veterinary Hospital, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA

Case number (if known)    **8:25-bk-10900-SC**

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration    **Amended MML**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 7, 2025**

X _____
Signature of individual signing on behalf of debtor

**Alireza Gorgi**
Printed name

**President**
Position or relationship to debtor

## STATEMENT OF RELATED CASES
### INFORMATION REQUIRED BY LBR 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    None

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    None

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    **Bright Care Veterinary Group; Case No. 8:25-bk-10902-SC; Central District of California- Los Angeles Division; pending.**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  **Mission Viejo** , California.

Date:  **May  7, 2025**

**Alireza Gorgi**
Signature of Debtor 1

Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                              Page 1                    F 1015-2.1.STMT.RELATED.CASES

| Fill in this information to identify the case: |
| --- |

Debtor name    **Bright Care Veterinary Hospital, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA

Case number (if known)    **8:25-bk-10900-SC**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals            12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................... $     **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................. $     **650,000.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................ $     **650,000.00**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................................... $     **13,013,258.21**

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $     **186,194.07**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................ +$     **797,389.28**

4.    Total liabilities ..............................................................................................................
    Lines 2 + 3a + 3b

$     **13,996,841.56**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Bright Care Veterinary Hospital, Inc.** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA |
| Case number (if known) | **8:25-bk-10900-SC** |

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property
**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3.** **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Wells Fargo** | **Checking** | **9501** | $0.00 |
| 3.2. | **Wells Fargo** | **Savings** | **4300** | $0.00 |
| 3.3. | **Bank of America** | **Checking** | **3879** | $0.00 |
| 3.4. | **Orange County Credit Union** | **Checking** | **5665** | Unknown |
| 3.5. | **California Bank and Trust** | **Checking** | **2821** | Unknown |

**4.** **Other cash equivalents** *(Identify all)*

**5.** **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$0.00

| Part 2: | Deposits and Prepayments |
|---|---|

Debtor    **Bright Care Veterinary Hospital, Inc.**                    Case number *(If known)*   **8:25-bk-10900-SC**
        Name

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** **Inventory - Medical Supplies** | | $0.00 | Comparable sale | $50,000.00 |

23. **Total of Part 5.**

Add lines 19 through 22. Copy the total to line 84.

        **$50,000.00**

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Debtor | **Bright Care Veterinary Hospital, Inc.** | Case number *(If known)* | **8:25-bk-10900-SC** |
|---|---|---|---|
| | Name | | |

---

### Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.

■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** **Yes. See answer to question 50.** | **$0.00** | | **$0.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86. | **$0.00** |
|---|---|---|

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**

■ No
☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No
☐ Yes

---

### Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

■ Yes Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. | **Aircraft and accessories** | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** **Furnishings, Fixtures and Equipment used in connection with business operations** | 0.00 | Comparable sale | $600,000.00 |

| 51. | **Total of Part 8.** Add lines 47 through 50.  Copy the total to line 87. | **$600,000.00** |
|---|---|---|

Debtor    **Bright Care Veterinary Hospital, Inc.**                                              Case number *(If known)*    **8:25-bk-10900-SC**
        Name

52.      **Is a depreciation schedule available for any of the property listed in Part 8?**
        ■ No
        ☐ Yes

53.      **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

| Part 9: | Real property |
| --- | --- |

54. **Does the debtor own or lease any real property?**

    ■ No.  Go to Part 10.
    ☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
| --- | --- |

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No.  Go to Part 11.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites** | | | |
| 62.  **Licenses, franchises, and royalties** | | | |
| 63.  **Customer lists, mailing lists, or other compilations** | | | |
| 64.  **Other intangibles, or intellectual property** | | | |
| 65.  **Goodwill** **Goodwill of indeterminate value** | **$0.00** | | **$0.00** |

66.      **Total of Part 10.**

        Add lines 60 through 65. Copy the total to line 89.

|  |
| --- |
| **$0.00** |

67.      **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
        ■ No
        ☐ Yes

68.      **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
        ■ No
        ☐ Yes

69.      **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor  **Bright Care Veterinary Hospital, Inc.**
Name

Case number *(If known)*  **8:25-bk-10900-SC**

Debtor    **Bright Care Veterinary Hospital, Inc.**
     Name

Case number *(If known)*  **8:25-bk-10900-SC**

---

**Part 12:**    **Summary**

---

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $50,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $600,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $650,000.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $650,000.00 |

| Fill in this information to identify the case: |
|---|

Debtor name   **Bright Care Veterinary Hospital, Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA

Case number (if known)   **8:25-bk-10900-SC**

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:**   **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|---|

| 2.1 | **AFA** | Describe debtor's property that is subject to a lien<br>**Accounts Receivable** | $777,850.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |
| | **700 Canal St, 1st Floor**<br>**Stamford, CT 06902** | | | |
| | Creditor's mailing address | Describe the lien<br>**Merchant Cash Advance, Debtor investigating usurious loan.** | | |
| | **chanan@dynastycapitalllc.com** | Is the creditor an insider or related party?<br>■ No<br>☐ Yes | | |
| | Creditor's email address, if known | Is anyone else liable on this claim?<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | Date debt was incurred<br>**11/15/2024** | | | |
| | Last 4 digits of account number | | | |
| | Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed | | |

| 2.2 | **CC Representative** | Describe debtor's property that is subject to a lien<br>**Accounts Recievable** | $0.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |
| | **330 N Brand Blvd**<br>**Suite 700**<br>**Glendale, CA 91203** | | | |
| | Creditor's mailing address | Describe the lien<br>**Merchant Cash Advance** | | |
| | **info@corefundingsource.com** | Is the creditor an insider or related party?<br>■ No<br>☐ Yes | | |
| | Creditor's email address, if known | Is anyone else liable on this claim?<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | Date debt was incurred | | | |
| | Last 4 digits of account number | | | |
| | Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply | | |

| Debtor | **Bright Care Veterinary Hospital, Inc.** | Case number (if known) | **8:25-bk-10900-SC** |
|---|---|---|---|
| | Name | | |

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

---

| 2.3 | **Core Funding Source LLC** | | |
|---|---|---|---|

Creditor's Name

**49 Front St, Suite 6
Rockville Centre, NY 11570**

Creditor's mailing address

**info@corefundingsource.com**

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Accounts Recievable**

**Describe the lien**
**Merchant Cash Advance, Debtor investigating usurious loan.**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

$1,187,734.10          $0.00

---

| 2.4 | **Corporation Service Company** | | |
|---|---|---|---|

Creditor's Name

**As Representative, P.O. Box 2576
Springfield, IL 62708**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**12/27/2023**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Blanket Lien on All Assets**

**Describe the lien**
**UCC Lien - U230090790831**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

$0.00          $0.00

---

| 2.5 | **Corporation Service Company** | | |
|---|---|---|---|

Creditor's Name

**As Representative, PO Box 2576
Springfield, IL 62708**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Accounts Receivable.**

**Describe the lien**
**UCC Lien -U240023447630**

$0.00          $0.00

---

| Debtor | **Bright Care Veterinary Hospital, Inc.** | Case number (if known) | **8:25-bk-10900-SC** |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**3/7/2024**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

---

| 2.6 | **Creekridge Capital** | | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**7808 Creekridge Circle**
**Suite 250**
**Minneapolis, MN 55439**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**3/27/2018**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Lease**

**Describe the lien**
**UCC Lien - 187640322477**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **CT Corporation System** | | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**as Representative**
**330 N. Brand Blvd. Ste. 700**
**Glendale, CA 91203**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2/12/2024**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Accounts Receivable**

**Describe the lien**
**UCC Lien - U240015419429**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

---

| Debtor | **Bright Care Veterinary Hospital, Inc.** | Case number (if known) | **8:25-bk-10900-SC** |
|---|---|---|---|
| | Name | | |

---

**2.8** **CT Corporation System**
Creditor's Name

**as Representative**
**330 N. Brand Blvd. Ste. 700**
**Glendale, CA 91203**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**2/27/24**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Blanket Lien on All Assets**

Describe the lien
**UCC Lien -U240021034925**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

---

**2.9** **CT Corporation System**
Creditor's Name

**as Representative**
**330 N. Brand Blvd. Ste. 700**
**Glendale, CA 91203**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**11/20/24**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Blanket Lien on All Assets**

Describe the lien
**UCC Lien -U240089779138**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

---

**2.10** **CT Corporation System**
Creditor's Name

**As Representative**
**330 N Brand Blvd**
**Glendale, CA 91203**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**6/7/24**

Describe debtor's property that is subject to a lien
**Blanket Lien on All Assets**

Describe the lien
**UCC Lien -U240046622326**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$0.00    $0.00

---

| Debtor | **Bright Care Veterinary Hospital, Inc.** | | Case number (if known) | **8:25-bk-10900-SC** |
|---|---|---|---|---|
| | Name | | | |

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Contingent |
| | ☐ Unliquidated |
| | ■ Disputed |

---

**2.11**

**CT Corporation System**
Creditor's Name

**as Representative
330 N. Brand Blvd. Ste. 700
Glendale, CA 91203**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**8/16/24**
Last 4 digits of account number

Describe debtor's property that is subject to a lien
**Accounts Receivable.**

Describe the lien
**UCC Lien - U240065817526**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$0.00        $0.00

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Contingent |
| | ☐ Unliquidated |
| | ■ Disputed |

---

**2.12**

**CT Corporation System**
Creditor's Name

**asRepresentative, 330 N.
Brand Blvd
Glendale, CA 91203**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**11/20/24**
Last 4 digits of account number

Describe debtor's property that is subject to a lien
**Blanket Lien on All Assets**

Describe the lien
**UCC Lien - U250101493530**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$0.00        $0.00

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Contingent |
| | ☐ Unliquidated |
| | ■ Disputed |

---

**2.13**

**Daytona Funding Solutions
Corp**

Describe debtor's property that is subject to a lien

$440,457.15        $0.00

---

Debtor  **Bright Care Veterinary Hospital, Inc.**
_____    Case number (if known)  **8:25-bk-10900-SC**
Name

| | |
|---|---|
| Creditor's Name | Accounts Receivable, Debtor investigating usurious loan. |
| **266 Broadway STE 401** **Brooklyn, NY** | **Describe the lien** **Merchant Cash Advance** |
| Creditor's mailing address | **Is the creditor an insider or related party?** |
| | ■ No |
| | ☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?** |
| | ☐ No |
| **Date debt was incurred** | ■ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.1 4 | **Dependance Platinum FL LLC** | | |
|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | $104,082.23    $0.00 |
| | **633 167th St** **Miami, FL 33162** | **Accounts Receivable, Debtor investigating usurious loan.** | |
| | Creditor's mailing address | **Describe the lien** **Merchant Cash Advance** | |
| | | **Is the creditor an insider or related party?** | |
| | | ■ No | |
| | | ☐ Yes | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?** | |
| | | ☐ No | |
| | **Date debt was incurred** | ■ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H) | |
| | **Last 4 digits of account number** | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | |
| | ■ No | ☐ Contingent | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | |
| | | ■ Disputed | |

---

| 2.1 5 | **DLP FUNDING, LLC** | | |
|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | $0.00    $0.00 |
| | **101 LAKE SHORE DR** **Monticello, NY 12701** | **Account Receivable** | |
| | Creditor's mailing address | **Describe the lien** **UCC Lien -U240061990325** | |
| | | **Is the creditor an insider or related party?** | |
| | | ■ No | |
| | | ☐ Yes | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?** | |
| | | ☐ No | |
| | **Date debt was incurred** | ■ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H) | |
| | **Last 4 digits of account number** | | |

---

Debtor    **Bright Care Veterinary Hospital, Inc.**                                    Case number (if known)    **8:25-bk-10900-SC**

Name

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☑ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☑ Contingent |
| | ☐ Unliquidated |
| | ☑ Disputed |

---

**2.16**    **Everbank, N.A.**

Creditor's Name

**10 Waterview Blvd, Parsippany, NJ 07054**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Describe debtor's property that is subject to a lien
**Medical Equipment**                                    **$0.00**                **$0.00**

Describe the lien
**UCC Lien -U240005743828**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☑ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.17**    **Family Funding Group LLC**

Creditor's Name

**1021 H St, Brooklyn, NY 11219**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Describe debtor's property that is subject to a lien
**Accounts Receivable**                                    **$0.00**                **$0.00**

Describe the lien
**Merchant Cash Advance**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☑ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☑ Contingent |
| | ☐ Unliquidated |
| | ☑ Disputed |

---

**2.18**    **Fora Financial**

Creditor's Name

**1385 Broadway, 15th Floor New York, NY 10018**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**Accounts Receivable, Debtor investigating usurious loan.**                                    **$151,359.55**                **$0.00**

Describe the lien

Debtor   **Bright Care Veterinary Hospital, Inc.**
     Name

Case number (if known)   **8:25-bk-10900-SC**

---

**Merchant Cash Advance**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.19 | **Funding Futures LLC** | **Describe debtor's property that is subject to a lien** | $292,687.04 | $0.00 |

Creditor's Name

**100 MERRICK RD SUITE 419E
Rockville Centre, NY 11570**
Creditor's mailing address

**Blanket Lien on assets, Debtor investigating usurious loan.**

**Describe the lien**

**UCC Lien -  U240088126729**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.20 | **Johnson & Johnson Finance** | **Describe debtor's property that is subject to a lien** | $0.00 | $0.00 |

Creditor's Name

**Corporation
501 George Street
New Brunswick, NJ 08901**
Creditor's mailing address

**Medical Equipment**

**Describe the lien**

**UCC Lien -U230078942636**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **Bright Care Veterinary Hospital, Inc.** | Case number (if known) | **8:25-bk-10900-SC** |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 1 | **JRG Funding LLC** | Describe debtor's property that is subject to a lien | **$836,006.00** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | **Accounts Receivable, Debtor investigating usurious loan.** | | |

**180 Maiden Lane
New York, NY 10038**

Creditor's mailing address

Describe the lien
**Merchant Cash Advance**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 2 | **Launch Funding Group LLC** | Describe debtor's property that is subject to a lien | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | **Accounts Receivable** | | |

**1250 E Hallandale Beach
Blvd.
STE 505
Hallandale, FL 33009**

Creditor's mailing address

Describe the lien
**UCC Lien - U240046621627**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 3 | **Legacy Capital 26, LLC** | Describe debtor's property that is subject to a lien | **$249,750.00** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | **Accounts Receivable, Debtor investigating usurious loan.** | | |

**290 Harbor Dr
Stamford, CT 06902**

Creditor's mailing address

Describe the lien

---

| Debtor | **Bright Care Veterinary Hospital, Inc.** | Case number *(if known)* | **8:25-bk-10900-SC** |
|---|---|---|---|
| | Name | | |

**Merchant Cash Advance**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.2 4 | **Live Oak Banking Company** | Describe debtor's property that is subject to a lien | $876,289.35 | $4,750,000.00 |
|---|---|---|---|---|

Creditor's Name

**1741 Tiburon Drive
Wilmington, NC 28403**

Creditor's mailing address

**Real Property Located at 1400 N. Burton Place, Anaheim, California 92806, held by affilliate 1400 Burton LLC**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.2 5 | **Live Oak Banking Company** | Describe debtor's property that is subject to a lien | $1,769,430.10 | $4,750,000.00 |
|---|---|---|---|---|

Creditor's Name

**1741 Tiburon Drive
Wilmington, NC 28403**

Creditor's mailing address

**Real Property Located at 1400 N. Burton Place, Anaheim, California 92806, held by affilliate 1400 Burton LLC**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor  **Bright Care Veterinary Hospital, Inc.**                    Case number (if known)    **8:25-bk-10900-SC**
_____
Name

■ No                              ■ Contingent
☐ Yes. Specify each creditor,     ☐ Unliquidated
including this creditor and its   ☐ Disputed
relative
priority.
_____

---

| 2.2 6 | **Live Oak Banking Company** | **Describe debtor's property that is subject to a lien** | **$4,882,892.30** | **$4,750,000.00** |

Creditor's Name

**Real Property Located at 1400 N. Burton Place, Anaheim, California 92806, held by afflliate 1400 Burton LLC. Live Oak has first, second and third priority liens on the property.**

**1741 Tiburon Drive
Wilmington, NC 28403**
_____
Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**

■ No
☐ Yes
_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.
_____

---

| 2.2 7 | **MNY Capital** | **Describe debtor's property that is subject to a lien** | **$396,651.00** | **$0.00** |

Creditor's Name
**244 Madison Ave, Suite 1035
New York, NY 10016**
_____
Creditor's mailing address

**Accounts Receivable, Debtor investigating usurious loan.**

**Describe the lien**
**Merchant Cash Advance**
_____

**Is the creditor an insider or related party?**

■ No
☐ Yes
_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ Contingent
☐ Unliquidated
■ Disputed

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.
_____

---

| 2.2 8 | **NewLane Finance** | **Describe debtor's property that is subject to a lien** | **$105,176.89** | **$0.00** |

Creditor's Name

**123 S. Broad St, 17th Floor
Philadelphia, PA 19109**

**Medical Equipment**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 11 of 16

| Debtor | **Bright Care Veterinary Hospital, Inc.** | Case number (if known) | **8:25-bk-10900-SC** |
|---|---|---|---|
| | Name | | |

---

Creditor's mailing address

Describe the lien
**Financing for Medical Equipment**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 9 | **Slate Funding** | Describe debtor's property that is subject to a lien | $77,954.50 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**15 America Ave Suite 303
Lakewood, NJ 08701**

**Accounts Receivable, Debtor investigating usurious loan.**

Creditor's mailing address

Describe the lien
**Merchant Cash Advance**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 0 | **Spring Funding** | Describe debtor's property that is subject to a lien | $252,074.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**200 Centra Ave
Farmingdale, NJ**

**Accounts Receivable, Debtor investigating usurious loan.**

Creditor's mailing address

Describe the lien
**Merchant Cash Advance**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

---

| Debtor | **Bright Care Veterinary Hospital, Inc.** | Case number (if known) | **8:25-bk-10900-SC** |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Contingent
☐ Unliquidated
■ Disputed

---

**2.3 1** | **Stage Funding**
Creditor's Name

**2360 Lakewood Rd**
**Toms River, NJ 08755**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Accounts Receivable, Debtor investigating usurious loan.**

**Describe the lien**
**Merchant Cash Advance**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

$77,414.00 | $0.00

---

**2.3 2** | **Thoro Corp**
Creditor's Name

**800 SE 4th Ave**
**Hallandale, FL 33009**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Accounts Receivable, Debtor investigating usurious loan.**

**Describe the lien**
**UCC Lien - U240092549328**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

$535,450.00 | $0.00

---

**2.3 3** | **Thoro Corp**
Creditor's Name

**800 SE 4th Ave**
**Suite 601**
**Hallandale Beach, FL 33009**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Merchant Cash Advance, Debtor investigating usurious loan.**

**Describe the lien**
**UCC Lien - U250103877528**

$0.00 | $0.00

---

| Debtor | **Bright Care Veterinary Hospital, Inc.** | Case number (if known) | **8:25-bk-10900-SC** |
|---|---|---|---|
| | Name | | |

**Is the creditor an insider or related party?**

☑ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

---

| 2.3 4 | **Thoro Corp** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Accounts Receivable** | | |

**800 SE 4th Ave
Suite 601
Hallandale Beach, FL 33009**
Creditor's mailing address

**Describe the lien**
**Merchant Cash Advance**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

---

| 2.3 5 | **TIAA, FSB** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Medical Equipment 1 KARL STORZ Telecam C# Video Tower 1 KARL STORZ GI Video Endoscopy Package 1 KARL STORZ Autocon III 300, Bivascular Vet 1 KARL STORZ Tissueseal Plus Comfort 1 KARL STORZ Nightknife Set, Exchangeable** | | |

**10 Waterview Blvd.,
Parsippany, NJ 07054**
Creditor's mailing address

**Describe the lien**
**UCC Lien - U220237013729**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | Bright Care Veterinary Hospital, Inc. | | Case number (if known) | 8:25-bk-10900-SC |
|---|---|---|---|---|
| | Name | | | |

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.3 6**

**TIAA, FSB**
Creditor's Name

**10 Waterview Blvd.,
Parsippany, NJ 07054**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**Medical Equipment**

Describe the lien
**UCC Lien -U230045978541**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00     $0.00

---

**2.3 7**

**VState Filings**
Creditor's Name

**as the Representative
301 Mill Rd, STE U-5
Hewlett, NY 11557**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**Accounts Receivable, Debtor investigating
usurious loan.**

Describe the lien
**UCC Lien - U250105219727**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

$0.00     $0.00

---

**2.3 8**

**Wilmington Savings Fund
Society FSB**
Creditor's Name

**1818 Market Street
Philadelphia, PA 19103**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Medical Equipment listed in  APP-0000070432**

Describe the lien
**UCC Lien - U230037925227**

$0.00     $0.00

---

| Debtor | **Bright Care Veterinary Hospital, Inc.** | | Case number (if known) | **8:25-bk-10900-SC** |
|---|---|---|---|---|
| | Name | | | |

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$13,013,258. 21**

---

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **John T. Szalan Esq<br>Neubert, Pepe & Monteith, P.C.<br>195 Church Street, 13th Floor<br>New Haven, CT 06510** | Line   2.1 | |

| Fill in this information to identify the case: |
|---|

Debtor name **Bright Care Veterinary Hospital, Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA

Case number (if known) **8:25-bk-10900-SC**

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Employment Development Department**<br>**722 Capitol Mall**<br>**Sacramento, CA 95814** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | $150,194.07 | $150,194.07 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**State of California Franchise Tax Board**<br>**PO Box 942857**<br>**Sacramento, CA 94257** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | $36,000.00 | $36,000.00 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **Bright Care Veterinary Hospital, Inc.** | Case number (if known) | **8:25-bk-10900-SC** |
|---|---|---|---|
| | Name | | |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,200.00 |
|---|---|---|---|

**Anaheim Utilities**
**201 S Anaheim Blvd #107**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $65,414.00 |
|---|---|---|---|

**Anthem**
**21215 Burbank Blvd Suite: 100**
**Woodland Hills, CA 91367**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $38,000.00 |
|---|---|---|---|

**Atlantis Worldwide LLC**
**60 EAST 42ND STREET**
**Ste 4600**
**New York, NY 10165**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**California Dept. of Tax and**
**Fee Administration**
**PO Box 942879**
**Sacramento, CA 95279-0029**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,500.00 |
|---|---|---|---|

**Cox**
**Box 53249**
**Phoenix, AZ 85072**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Envision Capital Group LLC**
**29982 Ivy Glenn Dr Fl 1**
**Laguna Niguel, CA 92677**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**EverBank**
**10 Waterview Blvd, 2nd floor**
**Parsippany, NJ 07054**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Bright Care Veterinary Hospital, Inc.** | Case number (if known) | **8:25-bk-10900-SC** |
|---|---|---|---|
| | Name | | |

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,800.00**

**First Insurance Funding**
**450 Skokie Blvd**
**Ste 1000**
**Northbrook, IL 60062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$120,000.00**

**Gatto McFerson**
**11858 La Grange Ave**
**Ste B**
**Los Angeles, CA 90025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$29,000.00**

**Human Interest**
**2675 W 600 N, Suite 200**
**Lindon, UT 84042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$49,000.00**

**IFPS Corporation**
**3 Hutton Centre Drive**
**Ste 630**
**Santa Ana, CA 92707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Internal Revenue**
**P. O. Box 7346**
**Philadelphia, PA 19101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account
number _For Notice Purposes_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$35,000.00**

**Midwest Veterinary Supply**
**21467 Holyoke Ave**
**Lakeville, MN 55044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$38,800.00**

**MWI**
**3041 W. Pasadena Dr.**
**Boise, ID 83705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Bright Care Veterinary Hospital, Inc.** | Case number (if known) | **8:25-bk-10900-SC** |
|---|---|---|---|
| | Name | | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,500.00 |
|---|---|---|---|

**Only Cremations and Aquamation**
**4263 Birch Street**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36,000.00 |
|---|---|---|---|

**Patterson Veterinary**
**PO BOX 1418**
**Loveland, CO 80539**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36,000.00 |
|---|---|---|---|

**Roseen Builders**
**24 Hammond**
**Irvine, CA 92618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**U.S. Small Business Administration**
**Office of General Counsel**
**312 North Spring Street, 5th Floor**
**Los Angeles, CA 90012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account
number _For Notice Purposes_

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $94,175.28 |
|---|---|---|---|

**Veterinary Internal Medicine &**
**Imaging Inc.**
**2010 Clark Ln, Unit B**
**Redondo Beach, CA 90278**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $95,000.00 |
|---|---|---|---|

**WSFS Bank**
**1818 Market Street**
**Philadelphia, PA 19103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Debtor | **Bright Care Veterinary Hospital, Inc.** | Case number (if known) | **8:25-bk-10900-SC** |
| --- | --- | --- | --- |
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- | --- |
| 4.1 | **Employment Development Department**<br>**Bankruptcy Group MIC 92E**<br>**P.O. Box 826880**<br>**Sacramento, CA 94280-0001** | Line  **2.1**<br><br>☐  Not listed. Explain _____ | _ |

---

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
| --- | --- | --- | --- |
| **5a. Total claims from Part 1** | 5a. | $ | **186,194.07** |
| **5b. Total claims from Part 2** | 5b. + | $ | **797,389.28** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **983,583.35** |

| Fill in this information to identify the case: |
| --- |

Debtor name **Bright Care Veterinary Hospital, Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA

Case number (if known) **8:25-bk-10900-SC**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                      12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest | **Oral Lease for facility at 1400 N Burton Pl, Anaheim, CA 92806 1400 Burton LLC is an affiliate of Debtor.** |
| State the term remaining | |
| List the contract number of any government contract | **1400 Burton LLC 1400 N Burton Pl Anaheim, CA 92806** |

| Fill in this information to identify the case: |
| --- |

Debtor name    **Bright Care Veterinary Hospital, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA

Case number (if known)    **8:25-bk-10900-SC**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
| --- | --- | --- | --- | --- |
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | **1400 Burton LLC** | **1400 N Burton Pl, Anaheim, CA 92806** | **Live Oak Banking Company** | ■ D __2.26__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **1400 Burton LLC** | **1400 N Burton Pl, Anaheim, CA 92806** | **Live Oak Banking Company** | ■ D __2.24__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Alireza Gorgi** | **1400 N Burton Pl Anaheim, CA 92806** | **AFA** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Alireza Gorgi** | **1400 N Burton Pl Anaheim, CA 92806** | **CC Representative** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Alireza Gorgi** | **1400 N Burton Pl Anaheim, CA 92806** | **Core Funding Source LLC** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Bright Care Veterinary Hospital, Inc.** | Case number *(if known)* | **8:25-bk-10900-SC** |

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | Alireza Gorgi | 1400 N Burton Pl<br>Anaheim, CA 92806 | Corporation Service Company | ■ D __2.4__<br>☐ E/F ____<br>☐ G ____ |
| 2.7 | Alireza Gorgi | 1400 N Burton Pl<br>Anaheim, CA 92806 | Daytona Funding Solutions Corp | ■ D __2.13__<br>☐ E/F ____<br>☐ G ____ |
| 2.8 | Alireza Gorgi | 1400 N Burton Pl<br>Anaheim, CA 92806 | Dependance Platinum FL LLC | ■ D __2.14__<br>☐ E/F ____<br>☐ G ____ |
| 2.9 | Alireza Gorgi | 1400 N Burton Pl<br>Anaheim, CA 92806 | DLP FUNDING, LLC | ■ D __2.15__<br>☐ E/F ____<br>☐ G ____ |
| 2.10 | Alireza Gorgi | 1400 N Burton Pl<br>Anaheim, CA 92806 | Family Funding Group LLC | ■ D __2.17__<br>☐ E/F ____<br>☐ G ____ |
| 2.11 | Alireza Gorgi | 1400 N Burton Pl<br>Anaheim, CA 92806 | Fora Financial | ■ D __2.18__<br>☐ E/F ____<br>☐ G ____ |
| 2.12 | Alireza Gorgi | 1400 N Burton Pl<br>Anaheim, CA 92806 | Funding Futures LLC | ■ D __2.19__<br>☐ E/F ____<br>☐ G ____ |
| 2.13 | Alireza Gorgi | 1400 N Burton Pl<br>Anaheim, CA 92806 | JRG Funding LLC | ■ D __2.21__<br>☐ E/F ____<br>☐ G ____ |

| Debtor | **Bright Care Veterinary Hospital, Inc.** | Case number *(if known)*  **8:25-bk-10900-SC** |
| --- | --- | --- |

▋ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                                                  *Column 2:* **Creditor**

| | | | | |
| --- | --- | --- | --- | --- |
| 2.14 | **Alireza Gorgi** | **1400 N Burton Pl**<br>**Anaheim, CA 92806** | **Launch Funding**<br>**Group LLC** | ■ D __2.22__<br>☐ E/F _____<br>☐ G _____ |
| 2.15 | **Alireza Gorgi** | **1400 N Burton Pl**<br>**Anaheim, CA 92806** | **Legacy Capital 26,**<br>**LLC** | ■ D __2.23__<br>☐ E/F _____<br>☐ G _____ |
| 2.16 | **Alireza Gorgi** | **1400 N Burton Pl**<br>**Anaheim, CA 92806** | **Live Oak Banking**<br>**Company** | ■ D __2.24__<br>☐ E/F _____<br>☐ G _____ |
| 2.17 | **Alireza Gorgi** | **1400 N Burton Pl**<br>**Anaheim, CA 92806** | **Live Oak Banking**<br>**Company** | ■ D __2.25__<br>☐ E/F _____<br>☐ G _____ |
| 2.18 | **Alireza Gorgi** | **1400 N Burton Pl**<br>**Anaheim, CA 92806** | **Live Oak Banking**<br>**Company** | ■ D __2.26__<br>☐ E/F _____<br>☐ G _____ |
| 2.19 | **Alireza Gorgi** | **1400 N Burton Pl**<br>**Anaheim, CA 92806** | **MNY Capital** | ■ D __2.27__<br>☐ E/F _____<br>☐ G _____ |
| 2.20 | **Alireza Gorgi** | **1400 N Burton Pl**<br>**Anaheim, CA 92806** | **Slate Funding** | ■ D __2.29__<br>☐ E/F _____<br>☐ G _____ |
| 2.21 | **Alireza Gorgi** | **1400 N Burton Pl**<br>**Anaheim, CA 92806** | **Spring Funding** | ■ D __2.30__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Bright Care Veterinary Hospital, Inc.** | Case number *(if known)* | **8:25-bk-10900-SC** |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | Column 2: **Creditor** | |
|---|---|---|---|
| 2.22 | **Alireza Gorgi** <br> **1400 N Burton Pl** <br> **Anaheim, CA 92806** | **Stage Funding** | ■ D  **2.31** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.23 | **Alireza Gorgi** <br> **1400 N Burton Pl** <br> **Anaheim, CA 92806** | **Thoro Corp** | ■ D  **2.32** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.24 | **Alireza Gorgi** <br> **1400 N Burton Pl** <br> **Anaheim, CA 92806** | **Thoro Corp** | ■ D  **2.33** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.25 | **Alireza Gorgi** <br> **1400 N Burton Pl** <br> **Anaheim, CA 92806** | **Thoro Corp** | ■ D  **2.34** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.26 | **Alireza Gorgi** <br> **1400 N Burton Pl** <br> **Anaheim, CA 92806** | **VState Filings** | ■ D  **2.37** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.27 | **Bright Care Veterinary Group Inc.** <br> **26012 Marguerite Pkwy Suite 0** <br> **Mission Viejo, CA 92692** | **Live Oak Banking Company** | ■ D  **2.24** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.28 | **Bright Care Veterinary Group Inc.** <br> **26012 Marguerite Pkwy Suite 0** <br> **Mission Viejo, CA 92692** | **Live Oak Banking Company** | ■ D  **2.25** <br> ☐ E/F _____ <br> ☐ G _____ |

| Debtor | **Bright Care Veterinary Hospital, Inc.** | Case number *(if known)* | **8:25-bk-10900-SC** |

---

### Additional Page to List More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.29 | **Bright Care Veterinary Group, Inc.** | **26012 Marguerite Pkwy, Suite 0 Mission Viejo, CA 92692** | **Live Oak Banking Company** | ☑ D ___**2.26**___<br>☐ E/F _____<br>☐ G _____ |
| 2.30 | **Bright Care Veterinary Group, Inc.** | **26012 Marguerite Pkwy Suite 0 Mission Viejo, CA 92692** | **CT Corporation System** | ☑ D ___**2.8**___<br>☐ E/F _____<br>☐ G _____ |
| 2.31 | **Bright Care Veterinary Group, Inc.** | **26012 Marguerite Pkwy Suite 0 Mission Viejo, CA 92692** | **Launch Funding Group LLC** | ☑ D ___**2.22**___<br>☐ E/F _____<br>☐ G _____ |
| 2.32 | **Bright Care Veterinary Group, Inc.** | **26012 Marguerite Pkwy Suite 0 Mission Viejo, CA 92692** | **CC Representative** | ☑ D ___**2.2**___<br>☐ E/F _____<br>☐ G _____ |
| 2.33 | **Bright Care Veterinary Group, Inc.** | **26012 Marguerite Pkwy Suite 0 Mission Viejo, CA 92692** | **Funding Futures LLC** | ☑ D ___**2.19**___<br>☐ E/F _____<br>☐ G _____ |
| 2.34 | **Bright Care Veterinary Group, Inc.** | **26012 Marguerite Pkwy Suite 0 Mission Viejo, CA 92692** | **CT Corporation System** | ☑ D ___**2.9**___<br>☐ E/F _____<br>☐ G _____ |
| 2.35 | **Bright Care Veterinary Group, Inc.** | **26012 Marguerite Pkwy Suite 0 Mission Viejo, CA 92692** | **Daytona Funding Solutions Corp** | ☑ D ___**2.13**___<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Bright Care Veterinary Hospital, Inc.** | Case number *(if known)* | **8:25-bk-10900-SC** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.36 | **Bright Care Veterinary Group, Inc.** | **26012 Marguerite Pkwy Suite 0 Mission Viejo, CA 92692** | **CT Corporation System** | ■ D __**2.12**__ ☐ E/F _____ ☐ G _____ |
| 2.37 | **Bright Care Veterinary Group, Inc.** | **26012 Marguerite Pkwy Suite 0 Mission Viejo, CA 92692** | **VState Filings** | ■ D __**2.37**__ ☐ E/F _____ ☐ G _____ |
| 2.38 | **Monterey Ave Palm Desert LLC** | **26012 Marguerite Pkwy Suite 0 Mission Viejo, CA 92692** | **Live Oak Banking Company** | ■ D __**2.25**__ ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Bright Care Veterinary Hospital, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA

Case number (if known)    **8:25-bk-10900-SC**

☐ Check if this is an
amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy      04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**    Income

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **For prior year:** From **1/01/2024** to **12/31/2024** | ■ Operating a business ☐ Other _____ | **$9,669,586.84** |
| **For year before that:** From **1/01/2023** to **12/31/2023** | ■ Operating a business ☐ Other _____ | **$3,785,478.37** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:**    List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|
| 3.1.  **TO FOLLOW IN AMENDED SOFA** | | **$0.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | **Bright Care Veterinary Hospital, Inc.** | Case number *(if known)* **8:25-bk-10900-SC** |
|---|---|---|

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **TO FOLLOW IN AMENDED SOFA** | | **$0.00** | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **AFA Capital LLC v. Bright Care Veterinary Hospital Inc.**<br>**FST-CV25-6072882-S** | **Breach of contract** | **Superior Court J.D. OF STAMFORD/NORWALK**<br>**123 Hoyt st. Stamford**<br>**West Simsbury, CT 06092** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **Legacy Capital 26 LLC v. Bright Care Veterinary Hospital Inc.**<br>**FST-CV25-6072033-S** | **Breach of contract** | **Superior Ct Stamford/Norwalk at Stamford**<br>**123 Hoyt st.**<br>**Stamford, CT 06902** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. **JRG Funding LLC v. Bright Care Veterinary Hospital, Inc.**<br>**602277/2025** | **Collection on MCA loan. Judgment entered for $862,857.50 on 3/20/25** | **Supreme Court of NY - Nassau County** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.4. **Avion Funding LLC v. Bright Care Vegerinary Hospital, Inc.**<br>**E202503200686** | **MCA loan collection** | **NY Supreme Court - Monroe County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | **Bright Care Veterinary Hospital, Inc.** | Case number *(if known)* | **8:25-bk-10900-SC** |
|---|---|---|---|

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:   Certain Gifts and Charitable Contributions

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Levene Neale Bender Yoo & Golubchik**<br>**2818 La Cienega Avenue**<br>**Los Angeles, CA 90034** | | **April 3, 2025** | **$20,000.00** |
| | **Email or website address**<br>lnbyg.com | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | **Levene Neale Bender Yoo & Golubchik**<br>**2818 La Cienega Avenue**<br>**Los Angeles, CA 90034** | | **March 17, 2025** | **$10,000.00** |
| | **Email or website address**<br>lnbyg.com | | | |
| | **Who made the payment, if not debtor?**<br>**Bright Care Veterinary Group, Inc.** | | | |

| Debtor | **Bright Care Veterinary Hospital, Inc.** | | Case number *(if known)* | **8:25-bk-10900-SC** |

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.3. | **Levene Neale Bender Yoo & Golubchik**<br>**2818 La Cienega Avenue**<br>**Los Angeles, CA 90034** | | **April 7, 2025** | **$30,000.00** |
| | Email or website address<br>**lnbyg.com** | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| **Part 8:** | **Health Care Bankruptcies** |

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| **Part 9:** | **Personally Identifiable Information** |

| Debtor | **Bright Care Veterinary Hospital, Inc.** | Case number *(if known)* | **8:25-bk-10900-SC** |
|---|---|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

- ☑ No.
- ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

- ☐ No. Go to Part 10.
- ☑ Yes. Does the debtor serve as plan administrator?

  - ☐ No Go to Part 10.
  - ☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **401(k) Plan** | EIN:  **86-2058159** |

Has the plan been terminated?

- ☑ No
- ☐ Yes

---

**Part 10:**   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

- ☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

- ☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

- ☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:**   Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

- ☑ None

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | **Bright Care Veterinary Hospital, Inc.** | Case number *(if known)* | **8:25-bk-10900-SC** |
|---|---|---|---|

---

**Part 12:**  Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ■ No.
   ☐ Yes. Provide details below.

| Case title
Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**  Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
   Include this information even if already listed in the Schedules.

   ■ None

| Business name address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN.

Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ■ None

| Name and address | Date of service
From-To |
|---|---|

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ☐ None

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | **Bright Care Veterinary Hospital, Inc.** | Case number *(if known)* **8:25-bk-10900-SC** |
|---|---|---|

| Name and address | Date of service From-To |
|---|---|
| 26b.1. | **Gatto McFerson** **11858 La Grange Ave** **Ste B** **Los Angeles, CA 90025** | **2023 - Present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Alireza Gorgi** | **1400 N Burton Dr.** **Anaheim, CA 92806** | **President, CEO** | **100% shareholder** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

Debtor   **Bright Care Veterinary Hospital, Inc.**                                    Case number *(if known)*  **8:25-bk-10900-SC**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | | | | Additional Personal Expenses paid by Debtor to insiders to be disclosed in subsequent Amended SOFA. |
| | TO FOLLOW IN AMENDED SOFA | | | |
| | Relationship to debtor | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ☒ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ☐ No
   ☒ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| 401(k) plan | EIN:     86-2058159 |

---

**Part 14:**   Signature and Declaration

   **WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
   18 U.S.C. §§ 152, 1341, 1519, and 3571.

   I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

   I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May  7, 2025**

   _____                        **Alireza Gorgi**
   Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor   **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California - Santa Ana

In re    **Bright Care Veterinary Hospital, Inc.**                               Case No.    **8:25-bk-10900-SC**
                                                                Debtor(s)                        Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept .................................................... $ _____**40,000.00**

    Prior to the filing of this statement I have received ............................. $ _____**40,000.00**

    Balance Due ........................................................................................... $ _____**0.00**

2.  $__**1,738.00**__ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]
        **Advising the Debtor with regard to the requirements of the Bankruptcy Court, Bankruptcy Code, Bankruptcy
        Rules and the Office of the United States Trustee as they pertain to the Debtor; advising the Debtor with regard to
        certain rights and remedies of its bankruptcy estate and the rights, claims and interests of creditors;
        representing the Debtor in any proceeding or hearing in the Bankruptcy Court involving its estate unless the
        Debtor is represented in such proceeding or hearing by other special counsel; conducting examinations of
        witnesses, claimants or adverse parties and representing the Debtor in any adversary proceeding except to the
        extent that any such adversary proceeding is in an area outside of LNBYG's expertise or which is beyond
        LNBYG's staffing capabilities;  preparing and assisting the Debtor in the preparation of reports, applications,
        pleadings and orders including, but not limited to, applications to employ professionals, interim statements and
        operating reports, initial filing requirements, schedules and statement of financial affairs, lease pleadings, cash
        collateral pleadings, financing pleadings, and pleadings with respect to the Debtor's use, sale or lease of
        property outside the ordinary course of business; representing the Debtor with regard to obtaining use of debtor
        in possession financing and/or cash collateral including, but not limited to, negotiating and seeking Bankruptcy
        Court approval of any debtor in possession financing and/or cash collateral pleading or stipulation and preparing
        any pleadings relating to obtaining use of debtor in possession financing and/or cash collateral; assisting the
        Debtor in the negotiation, formulation, preparation and confirmation of a plan of reorganization and the
        preparation and approval of a disclosure statement in respect of the plan; and performing any other services
        which may be appropriate in LNBYG's representation of the Debtor during its bankruptcy case.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Matters which are outside of LNBYG's specialization**

In re    **Bright Care Veterinary Hospital, Inc.**                                          Case No.    **8:25-bk-10900-SC**
_____
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**May  7, 2025**
_____          _____
*Date*                                                      **David B. Golubchik 185520**
                                                               *Signature of Attorney*
                                                               **Levene, Neale, Bender, Yoo & Golubchik L.L.P.**
                                                               **2818 La Cienega Ave.**
                                                               **Los Angeles, CA 90034**
                                                               **(310) 229-1234**
                                                               *Name of law firm*

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| David B. Golubchik 185520<br>2818 La Cienega Ave.<br>Los Angeles, CA 90034<br>(310) 229-1234<br>California State Bar Number: **185520 CA** | |

☐  *Debtor(s) appearing without an attorney*

■  *Attorney for Debtor*

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA

In re:

**Bright Care Veterinary Hospital, Inc.**

CASE NO.: **8:25-bk-10900-SC**

CHAPTER: **11**

Amended
**VERIFICATION OF AMENDED
MASTER MAILING LIST OF
CREDITORS**

**[LBR 1007-1(a)]**

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __1__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  **May  7, 2025**

Signature of Debtor 1

Date:  _____

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date:  **May  7, 2025**

Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*

F 1007-1.MAILING.LIST.VERIFICATION

Gatto McFerson
11858 La Grange Ave
Ste B
Los Angeles, CA 90025


Roseen Builders
24 Hammond
Irvine, CA 92618