| | |
|---|---|
| 1 | SNELL & WILMER L.L.P. |
| 2 | Michele S. Assayag (SBN: 109540)<br>massayag@swlaw.com |
| 3 | Nicholas S. Couchot (SBN: 331971)<br>ncouchot@swlaw.com |
| 4 | 600 Anton Blvd., Suite 1400<br>Costa Mesa, CA 92626 |
| 5 | Telephone:  (714) 427-7000<br>Facsimile:   (714) 427-7799 |

**FILED & ENTERED**

MAY 09 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

Attorneys for Secured Creditor
BANK OF AMERICA, N.A.

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Bright Care Veterinary Hospital, Inc.,<br><br>Debtor. | Lead Case No.: 8:25-bk-10900-SC<br><br>Chapter 11<br><br>Jointly administered with:<br><br>Case No. 8:25-bk-10902-SC |
| In re:<br><br>Bright Care Veterinary Group, Inc,<br><br>Debtor. | **ORDER APPROVING STIPULATION FOR INTERIM USE OF CASH COLLATERAL AND ADEQUATE PROTECTION**<br><br>[11 U.S.C. § 363] |
| ☐ Affects Both Debtors<br>☐ Affects Bright Care Veterinary Hospital, Inc., only<br>■ Affects Bright Care Veterinary Group, Inc., only<br><br>Debtors. | Hearing:<br>Date:    May 6, 2025<br>Time:    1:30 PM<br>Crtrm.:   5C<br>Address:  411 West Fourth Street<br>              Santa Ana, CA 92701<br>Judge:    Hon. Scott C. Clarkson |

The Court, having reviewed and considered the *Stipulation for Interim Use of Cash Collateral and Adequate Protection* [Docket No. 44] (the "Stipulation") entered into by and between secured creditor Bank of America, N.A. ("Lender") and Bright Care Veterinary Group, Inc., one of the debtors and debtors in possession in the above-captioned jointly administered bankruptcy case ("Debtor"), and for good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. The Stipulation is approved; and

2. The Debtor is authorized to use cash collateral, on an interim basis, pursuant to the terms of the Stipulation.

# # #

Date: May 9, 2025

Scott C. Clarkson
United States Bankruptcy Judge