1  DAVID B. GOLUCHIK (SBN 185520)
   ROBERT M. CARRASCO (SBN 334642)
2  LEVENE, NEALE, BENDER,
   YOO & GOLUBCHIK L.L.P.
3  2818 La Cienega Avenue
4  Los Angeles, California 90034
   Telephone: (310) 229-1234;
5  Facsimile: (310) 229-1244
6  Email: DBG@LNBYG.COM; RMC@LNBYG.COM

7  Proposed Counsel for Chapter 11 Debtors
   and Debtors in Possession
8

**FILED & ENTERED**

**MAY 16 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bolte    DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Bright Care Veterinary Hospital, Inc.,<br><br>    Debtor and Debtor in Possession.<br>_____<br>In re:<br><br>Bright Care Veterinary Group, Inc.<br><br>    Debtor and Debtor in Possession.<br>_____<br>☒ Affects both Debtors<br><br>☐ Affects Bright Care Veterinary Hospital, Inc. only<br><br>☐ Affects Bright Care Veterinary Group, Inc. only | Lead Case No.: 8:25-bk-10900<br>Jointly administered with Bright Care Veterinary Group Inc. (8:25-bk-10902<br><br>Chapter 11 Cases<br><br>**ORDER: (I) AUTHORIZING USE OF CASH COLLATERAL PURSUANT TO SECTION 363 OF THE BANKRUPTCY CODE ON A FINAL BASIS; AND (II) AUTHORIZING ADEQUATE PROTECTION**<br><br>Hearing:<br>Date: May 6, 2025<br>Time: 1:30 p.m.<br>Place: Courtroom 5C<br>       411 West Fourth Street<br>       Santa Ana, CA 92701 |

1

A hearing was held on May 6, 2025 at 1:30 p.m. before the Honorable Scott J. Clarkson, United States Bankruptcy Judge for the Central District of California (the "Court"), in Courtroom 5C, 411 West Fourth Street, Santa Ana, CA 92701, to consider the final approval of use of cash collateral pursuant to that certain emergency motion (the "Motion") [Doc. No. 4] filed by Bright Care Veterinary Hospital Inc. and Bright Care Veterinary Group, Inc., the debtors and debtors in possession in the above-referenced jointly administered Chapter 11 bankruptcy cases (collectively, the "Debtors"), for entry of an order, *inter alia*, (i) authorizing the Debtors to use cash collateral on an interim basis pending a final hearing in accordance with the Debtors' operating budget (the "Budget") attached as Exhibit "1" to the *Omnibus Declaration of Alireza Gorgi in Support of Emergency Motions* [Doc. No. 6], subject to the terms and conditions set forth in the Motion; and (ii) continuing the interim hearing on the Motion. Appearances were made as set forth on the Court's record of the hearing.

The Court, having read and considered the Motion and all papers in support of the Motion, including the Gorgi Declaration, no objections to the Motion or its approval on a final basis having been timely filed, having reviewed and considered that certain Stipulation For Interim Use Of Cash Collateral And Adequate Protection [Doc. No. 44] (the "BofA Stipulation"), and Stipulation For Interim Use Of Cash Collateral And Adequate Protection With Live Oak Banking Company [Doc. No. 47] (the "Live Oak Stipulation"), the record in these cases, the docket in these cases, and for good cause appearing, therefor,

**IT IS HEREBY ORDERED AS FOLLOWS:**

(1)    The Motion is granted on a final basis as set forth in this Order;

(2)    The BofA Stipulation is hereby approved in its entirety; *see* separate order entered May 9, 2025 [Doc. No. 61];

(3)    The Live Oak Stipulation is hereby approved in its entirety;

(4)    The Debtors are authorized to use cash collateral pursuant to the terms and conditions set forth in the Motion, as modified by the BofA Stipulation and the Live Oak Stipulation; and

2

(5) Should Debtors intend to use cash collateral beyond July 31, 2025, the parties may file another stipulation; however, if the terms substantially differ from the approved stipulations, a separately noticed motion must be filed.

### ###

Date: May 16, 2025

Scott C. Clarkson
United States Bankruptcy Judge