1  Christopher J. Harayda, Esq.
   **STINSON LLP**
2  50 South Sixth Street, Suite 2600
3  Minneapolis, MN 55402
   Telephone: (612) 335-1500
4  Facsimile:  (612) 335-1657
   E-mail:  cj.harayda@stinson.com
5

6  *Counsel for Live Oak Banking Company*

7  **UNITED STATES BANKRUPTCY COURT**
   **CENTRAL DISTRICT OF CALIFORNIA**
8  **SANTA ANA DIVISION**
9

| In re: | Lead Case No. 8:25-bk-10900 |
| --- | --- |
| Bright Care Veterinary Hospital, Inc., | Jointly administered with Bright Care Veterinary Group Inc. (8:25-bk-10902) |
| Debtor and Debtor in Possession. | Chapter 11 |
| In re: | **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |
| Bright Care Veterinary Group, Inc. | |
| Debtor and Debtor in Possession. | |

**PLEASE TAKE NOTICE** that, pursuant to Bankruptcy Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §§ 102(1), 342 and 1109(b), Christopher J. Harayda of the law firm of Stinson LLP hereby appears in the above-captioned bankruptcy as counsel for Live Oak Banking Company, and requests that copies of all notices and pleadings given or filed in this case be given and served upon the undersigned at the contact information below.

CORE/3505040.0018/200613989.1

|   |   |
|---|---|
| 1 | Christopher J. Harayda, Esq. |
| 2 | **STINSON LLP** |
|   | 50 South Sixth Street, Suite 2600 |
| 3 | Minneapolis, MN 55402 |
| 4 | Telephone: (612) 335-1500 |
|   | Facsimile: (612) 335-1657 |
| 5 | E-mail: cj.harayda@stinson.com |

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended to waive (i) any right to have final orders in non-core matters entered only after de novo review by a district court judge; (ii) any right to trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto; (iii) any right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, set-offs or recoupments, in law or in equity, all of which rights, claims, actions, defenses, set-offs and recoupments are expressly reserved.

Dated: July 15, 2025         /s/ *Christopher J. Harayda*
                             Christopher J. Harayda (admitted pro hac vice)
                             **STINSON LLP**
                             50 South Sixth Street, Suite 2600
                             Minneapolis, MN 55402
                             Telephone: (612) 335-1500
                             Facsimile:  (612) 335-1657
                             Email: cj.harayda@stinson.com

                             **COUNSEL FOR LIVE OAK BANKING COMPANY**

CORE/3505040.0018/200613989.1