DAVID B. GOLUBCHIK (SBN 185520)
ROBERT M. CARRASCO (SBN 334642)
LEVENE, NEALE, BENDER,
YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone:  (310) 229-1234;
Facsimile:  (310) 229-1244
Email: DBG@LNBYG.COM; RMC@LNBYG.COM

Counsel for Chapter 11 Debtors
and Debtors in Possession

**FILED & ENTERED**

**APR 09 2026**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bolte      DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Bright Care Veterinary Hospital, Inc.,<br><br>     Debtor and Debtor in Possession.<br>───────────────────────<br>In re:<br><br>Bright Care Veterinary Group, Inc.<br><br>     Debtor and Debtor in Possession.<br>───────────────────────<br>⊠  Affects both Debtors<br><br>☐ Affects Bright Care Veterinary Hospital, Inc. only<br><br>☐  Affects Bright Care Veterinary Group, Inc. only | Lead Case No.: 8:25-bk-10900<br>Jointly administered with Bright Care Veterinary Group Inc. (8:25-bk-10902)<br><br>Chapter 11 Cases<br><br>**ORDER DISMISSING CHAPTER 11 CASES**<br><br><u>Hearing:</u><br>Date:    April 8, 2026<br>Time:    1:30 p.m.<br>Place:   Courtroom 5C<br>        411 West Fourth Street<br>        Santa Ana, CA 92701 |

1

At the above-referenced date, time, and location, the Court held a hearing on its *Order Continuing Status, Directing Debtor To Appear And Show Cause Why The Case Should Not Be Dismissed Or Converted Or Why Sanctions Of $1200 Should Not Be Issued Against Debtors And Counsel, Jointly And Severally* (the "Order") [Dkt. No. 200]. Appearances were made as set forth on the record.

For the reasons stated on the record at the hearing, and having considered the statements and position of the parties at the hearing, the record in this case, and good cause appearing therefor, **IT IS HEREBY ORDERED:**

(1)    The above-captioned Chapter 11 cases are dismissed without bar to refiling.

### 

Date: April 9, 2026

Scott C. Clarkson
United States Bankruptcy Judge

2